UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LIMITED ADMISSION
OF REBECCA M. HAMBURG, PRO HAC VICE**

Undersigned attorney Joseph D. Gebhardt, a member of the U.S. District Court for the District of Columbia since 1972, hereby moves for the limited admission, pro hac vice, of Rebecca M. Hamburg to represent Plaintiff in the above-captioned case.

As stated in the accompanying Declaration, Ms. Hamburg is an attorney licensed in California who is in good standing. See Decl. of Rebecca M. Hamburg, copy attached as Exhibit 1. After receiving her Juris Doctor degree from the George Washington University Law School in May 2004, Ms. Hamburg was admitted to the State Bar of California, the Supreme Court of California, and the United States District Court for the Central District of California, all on December 1, 2004.

An appropriate Order accompanies this Motion.

                                    Respectfully submitted,

                                    _____/s/_____
                                    JOSEPH D. GEBHARDT
                                        (DC Bar No. 113894)
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036-4716
                                    (202) 496-0400

October 11, 2005                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Limited Admission of Rebecca M. Hamburg, <u>Pro Hac Vice</u> and proposed Order was served this 11th day of October 2005, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

                Kenneth L. Wainstein, Esq.
                U.S. Attorney's Office
                Judiciary Center Building, 10th Floor
                555 4th Street, N.W.
                Washington, DC 20001

                                    _____/s/_____
                                    JOSEPH D. GEBHARDT