# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ,      ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.                          ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES            ) | |
| Attorney General            ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant.    ) | |
| ) | |

## DECLARATION OF REBECCA M. HAMBURG

I, Rebecca M. Hamburg, being over 18 years of age and competent to testify to the matters herein, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1.  My full name is Rebecca M. Hamburg.

2.  The following is my office address, telephone number, and facsimile number:

>       GEBHARDT & ASSOCIATES, LLP
>       1101 17th Street, N.W.
>       Suite 807
>       Washington, DC 20036-4716
>       Phone:   (202) 496-0400
>       Fax:     (202) 496-0404

3.  The following is a list of all of the bars and courts

to which I have been admitted:

    A. State Bar of California (2004);
    B. Supreme Court of California (2004); and
    C. U.S. District Court for the Central District of California (2004).

4. I have never been disciplined by any bar or court, and have requested a Certificate of Good Standing from the Supreme Court of California. I will immediately supplement this Declaration by attaching said Certificate of Good Standing once it is received from the Supreme Court of California.

5. I have not previously been admitted pro hac vice in any court.

6. I am engaged in the practice of law from an office in the District of Columbia and am not a member of the District of Columbia Bar. However, I have an application pending for membership in the District of Columbia Bar.

_____   Oct. 11, 2005
REBECCA M. HAMBURG                 DATE