UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Limited Admission of Rebecca M. Hamburg, Pro Hac Vice, filed by Plaintiff's attorney Joseph D. Gebhardt on October 11, 2005, and there appearing to be good cause shown, it is hereby on this _____ day of _____ 2005, **ORDERED**:

1. That Plaintiff's Motion for Limited Admission of Rebecca M. Hamburg, Pro Hac Vice is GRANTED; and

2. That attorney Rebecca M. Hamburg is admitted pro hac vice for the limited purpose of representing Plaintiff in the above-captioned civil action.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Rebecca M. Hamburg, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

Kenneth L. Wainstein, Esq.
U.S. Attorney's Office
Judiciary Center Building, 10th Floor
555 4th Street, N.W.
Washington, DC 20001