UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GUADALUPE R. GONZALEZ,       )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civ. No. 05-1934 (EGS)
                             )
ALBERTO GONZALES             )
Attorney General             )
U.S. Department of Justice,  )
                             )
        Defendant.           )
                             )
```

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 31st day of October, 2005, via certified mail, return receipt requested, upon the United States Attorney and upon the United States Attorney General, who is also the Defendant in the above-captioned case, respectively, as follows:

>    Hon. Kenneth L. Wainstein
>    United States Attorney
>    555 Fourth Street, N.W.
>    Washington, DC 20001

<u>See</u> Exhibit 1 (Copy of Certified Mail Card).

>    Hon. Alberto Gonzales
>    U.S. Attorney General
>    U.S. Department of Justice
>    Room 5111, Main Justice Building
>    10th and Constitution Ave., N.W.
>    Washingtonn, DC 20530

<u>See</u> Exhibit 2 (Copy of Certified Mail Card).

This Proof of Service is filed pursuant to Local Rule 5.3.

                          Respectfully Submitted,

                          /s/
                       JOSEPH D. GEBHARDT
                          (D.C. Bar No. 113894)
                       REBECCA M. HAMBURG
                          (Admitted in CA)
                       GEBHARDT & ASSOCIATES, LLP
                       1101 17th Street, N.W.
                       Suite 807
                       Washington, DC 20036-4716
                       (202) 496-0400

November 11, 2005           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1 and 2 was served this 11th day of November, 2005, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>Hon. Kenneth L. Wainstein
>United States Attorney
>555 4th Street, N.W.
>Washington, DC 20001

_____/s/_____
JOSEPH D. GEBHARDT
