**EXHIBIT 2**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Ernest L. Parks*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  OCT 31 2005  C. Date of Delivery |
| 1. Article Addressed to:<br>Hon. Alberto Gonzales<br>Attorney General<br>U.S. Department of Justice<br>Room 5111, Main Justice Building<br>10th and Constitution Ave., N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 3268 9003 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |