UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ<br>1819 Ben Hogan Drive<br>El Paso, TX 79935,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES<br>Attorney General<br>U.S. Department of Justice<br>Room 5111, Main Justice Building<br>10th and Constitution Ave., N.W.<br>Washington, DC  20530<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Electronic Filing<br>)  Civil Action No. 05-1934 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION OF DEFENDANT
FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which he may answer or otherwise respond to the complaint. An answer to the complaint is due on or before January 3, 2006. A preliminary statement of the case and the grounds for the motion are as follows:

Plaintiff is employed as Chief Counsel for the U.S. Immigration and Customs Enforcement ("ICE") by the Department of Justice in El Paso, Texas. She claims that she applied for and was not selected for two immigration judge position in November 2004. She brought this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, claiming that defendant discriminated against her on the basis of national origin (Mexican American) and gender. Complaint at 4.

Undersigned counsel has read the complaint and had sought timely advice and assistance from agency counsel with regard to responding to the allegations in the complaint. However, it appears that initial correspondence was inadvertently directed to the Department of Homeland Security, instead of the Department of Justice. Thus, no agency response has been received. Undersigned counsel is attempting to locate the responsible personnel at the Department of Justice who can assist with responding to the allegations in the complaint. Undersigned counsel is unable to respond to the complaint without input from the appropriate agency officials.

Wherefore, defendant moves for an extension of time to answer or otherwise respond to the complaint up to and including January 20, 2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332