UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Charles W. Day, Jr., D.C. Bar No. 459820, as an attorney for Plaintiff in the above-captioned case.

Respectfully submitted,

/s/
JOSEPH D. GEBHARDT
    (DC Bar No. 113894)
CHARLES W. DAY, JR.
    (DC Bar No. 459820)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

January 13, 2006                Attorneys for Plaintiff