UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUADALUPE R. GONZALEZ,            )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    Civ. No. 05-1934 (EGS)
                                  )
ALBERTO GONZALES                  )
Attorney General                  )
U.S. Department of Justice,       )
                                  )
            Defendant.            )
_____)

PLAINTIFF'S NOTICE OF WITHDRAWAL
OF THE APPEARANCE OF REBECCA M. HAMBURG

Pursuant to Local Rule 83.6(b), Plaintiff Guadalupe R. Gonzalez and attorney Rebecca M. Hamburg hereby notify the Court of the withdrawal of the appearance of Rebecca M. Hamburg, pro hac vice, as an attorney assisting in representing Plaintiff in the above-captioned case. Ms. Hamburg is leaving the firm of GEBHARDT & ASSOCIATES, LLP. Joseph D. Gebhardt has previously entered his appearance in this case.

Respectfully submitted,

_____          _____
GUADALUPE R. GONZALEZ              REBECCA M. HAMBURG
Plaintiff                          (Admitted Pro Hac Vice)
                                   GEBHARDT & ASSOCIATES, LLP
                                   1101 17th Street, N.W.
                                   Suite 807
                                   Washington, DC 20036-4716
January 13, 2006                   (202) 496-0400

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Withdrawal of the Appearance of Rebecca M. Hamburg was served this 13th day of January, 2006, electronically through the Court and via first class mail, postage prepaid, upon counsel for the Defendant as follows:

> Charlotte A. Abel  
> Assistant United States  
> 555 Fourth St., N.W.  
> Washington, D.C. 20530

>          /s/  
> REBECCA M. HAMBURG