UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff Guadalupe R. Gonzalez, by and through undersigned counsel, hereby moves this honorable Court to extend until February 21, 2006, the time in which Plaintiff is to file her Opposition to Defendant's Motion to Dismiss, and in support of her Motion states as follows:

1. Defendant filed its Motion to Dismiss in this case on January 20, 2006, after Plaintiff agreed to an extension of time for Defendant.

2. Plaintiff's Opposition is currently due on February 3, 2006.

3. Plaintiff is requesting that she be allowed to file her Opposition on or before February 21, 2006, allowing essentially a full 30 days to prepare and file the Opposition.

4.   Undersigned counsel is responsible for a number of other cases before this and other Courts, including a Brief due in the U.S. Court of Appeals for the District of Columbia Circuit on February 3, 2006.

5.   Undersigned counsel has conferred with Assistant United States Attorney Charlotte A. Abel, counsel for Defendant, and Defendant consents to this Motion.

For all these reasons, Plaintiff's Motion should be granted. A proposed Order accompanies this Motion.

                                            Respectfully submitted,

                                            _____/s/_____
                                            JOSEPH D. GEBHARDT
                                                (DC Bar No. 113894)
                                            CHARLES W. DAY, JR.
                                                (DC Bar No. 459820)
                                            GEBHARDT & ASSOCIATES, LLP
                                            1101 17th Street, N.W.
                                            Suite 807
                                            Washington, DC 20036-4716
                                            (202) 496-0400

January 24, 2006                      Attorneys for Plaintiff