## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for an Extension of Time, and the full record, it is hereby this ___ day of January, 2006, **ORDERED:**

1. That Plaintiff's Consent Motion is GRANTED; and

2. That Plaintiff may file her Opposition to Defendant's Motion to Dismiss on or before February 21, 2006.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE