**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition, Defendant's Reply, if any, and the full record, it is hereby this ____ day of February, 2006, **ORDERED**:

1. That Defendant's Motion to Dismiss is DENIED;

2. That Defendant's Answer is due _____, 2006; and

3. That the date and time for the Initial Scheduling Conference are _____, 2006, at _____ in Courtroom ____.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE