UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ<br>1819 Ben Hogan Drive<br>El Paso, TX 79935,<br><br>          Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES<br>Attorney General<br>U.S. Department of Justice<br>Room 5111, Main Justice Building<br>10th and Constitution Ave., N.W.<br>Washington, DC  20530<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Electronic Filing<br>) Civil Action No. 05-1934 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION OF DEFENDANT
FOR AN EXTENSION OF TIME
TO FILE REPLY

    Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which he may file a reply to plaintiff's opposition to defendant's motion to dismiss.  Plaintiff filed an opposition on February 21, 2006.  Defendant's reply is due on March 3, 2006.  A preliminary statement of the case and the grounds for the motion are as follows:

    Plaintiff is employed as Chief Counsel for the U.S. Immigration and Customs Enforcement ("ICE") by the Department of Justice in El Paso, Texas.  She claims that she applied for and was not selected for two immigration judge position in November 2004.  She brought this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, claiming that defendant discriminated against her on the basis of national origin (Mexican American) and gender.  Complaint at 4.

Undersigned counsel has read plaintiff's opposition and has sought timely advice and assistance from agency counsel with regard to responding to the opposition. Nonetheless, defendant anticipates that he will be unable to file a reply by March 3, 2006, due to undersigned's prior commitments in other cases including *Jefferson v. DOJ*, C.A. 05-848 (motion for summary judgment); *Voinche v. DOJ*, C.A. 04-1824 (motion for summary judgment); and Nurriddinn v. O'Keefe, C.A. 04-2052 (answer); all three of which have deadlines that culminate on March 7, 2006. Accordingly, undersigned counsel seeks an additional eight business days in which to file a reply to plaintiff's opposition to motion to dismiss.

Wherefore, defendant moves for an extension of time to answer or otherwise respond to the complaint up to and including March 15, 2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332