UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ,           )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>    v.                                                      )   Civil Action No. 05-1934 (EGS)<br>                                                              )<br>ALBERTO GONZALES                       )<br>Attorney General,                              )<br>                                                              )<br>            Defendant.                       )<br>_____) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including October 10, 2006, to answer or otherwise respond to the complaint.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE