UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ ) <br> 1819 Ben Hogan Drive ) <br> El Paso, TX 79935, ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ALBERTO GONZALES ) <br> Attorney General ) <br> U.S. Department of Justice ) <br> Room 5111, Main Justice Building ) <br> 10th and Constitution Ave., N.W. ) <br> Washington, DC 20530 ) <br> ) <br> ) <br>       Defendant. ) <br> _____) | Electronic Filing <br> Civil Action No. 05-1934 (EGS) |

**CONSENT MOTION OF DEFENDANT
FOR AN EXTENSION TO FILE AN ANSWER OR OTHERWISE RESPOND TO
THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which he may file an answer or otherwise respond to plaintiff's complaint. Defendant's answer is due on October 2, 2006. A preliminary statement of the case and the grounds for the motion are as follows:

Plaintiff is employed as Chief Counsel for the U.S. Immigration and Customs Enforcement ("ICE") by the Department of Justice in El Paso, Texas. She claims that she applied for and was not selected for two immigration judge positions in November 2004. She brought this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, claiming that defendant discriminated against her on the basis of national origin (Mexican American) and gender. Complaint at 4.

The grounds for the motion are that defense counsel anticipated filing an answer to the plaintiff's complaint on October 2, 2006. Defense counsel was simultaneously working on several other projects including two oppositions to a summary judgment motion and partial summary judgment in *Stolt-Nielsen v. DOJ*, CA 05-2217 & CA 06-474 (filed on September 27 and September 29, respectively); a dispositive motion in *Elliott v. Department of Agriculture*, CA 06-240 (filed on September 28); and a motion for summary judgment in *PEER v. Office of Special Counsel*, CA 04-2021 (filed on September 25). In addition, defense counsel was preparing for overseas travel and she will be away from the office October 2-13. These circumstances make it necessary for her to request an extension until October 10, 2006, in which to answer or otherwise respond to the plaintiff's complaint. Accordingly, defendant moves for an extension of time to answer or otherwise respond to the plaintiff's complaint, until and including October 10, 2006.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel consents to this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

RUDOLPH CONTRARAS
D.C. Bar No. 434122
Assistant United States Attorney

/s/ Charlotte Abel
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332