UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GONZALES<br>Attorney General,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1934 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including October 10, 2006, to answer or otherwise respond to the complaint.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE