UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES )<br>Attorney General, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1934 (EGS) |

### ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including October 10, 2006, to answer or otherwise respond to the complaint.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE