# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1934 (EGS) |

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Sara W. Clash-Drexler and Nicholas A. Oldham, Trial Attorneys with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enter their appearances as counsel on behalf of the Defendant.

All future correspondence and other communications regarding this case should be directed to these attorneys at the following addresses:

**FOR U.S. MAIL**
Sara W. Clash-Drexler
Nicholas A. Oldham
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044

**FOR COURIER AND HAND DELIVERIES**
Sara W. Clash-Drexler
Nicholas A. Oldham
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7119
Washington, D.C.  20001

U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.

Ms. Clash-Drexler may be reached by phone at (202) 514-3481 and by e-mail at sara.clash-drexler@usdoj.gov.  Mr. Oldham may be reached at (202) 514-3367 and by e-mail at nicholas.oldham@usdoj.gov.  Faxes for either may be sent to (202) 616-8202.

Dated: November 21, 2006			Respectfully submitted,

					PETER D. KEISLER
					Assistant Attorney General

					JEFFREY A. TAYLOR
					United States Attorney

					 /s/ Nicholas A. Oldham
					JOSEPH LOBUE (D.C. Bar. No. 293514)
					Assistant Branch Director
					SARA CLASH-DREXLER (Pa. Bar No. 86517)
					NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
					Trial Attorneys
					United States Department of Justice
					Civil Division, Federal Programs Branch
					20 Massachusetts Avenue, N.W.
					P.O. Box 883 Ben Franklin Station
					Washington, D.C. 20044
					Telephone:	(202) 514-3367
					Facsimile:	(202) 616-8202
					E-mail:		nicholas.oldham@usdoj.gov

					*Attorneys for Defendant*