UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-1934 (EGS)<br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>Defendant. ) | |

### AMENDMENTS TO JOINT REPORT PURSUANT TO LOCAL RULE 16.3

The parties, by and through undersigned counsel, hereby submit the following amendments to the Joint Report filed pursuant to Local Rule 16.3 on October 17, 2006 ("Joint Report").

1. Paragraph 7 of the Joint Report is replaced with the following:

    The parties do not stipulate to dispense with initial disclosures required by Federal Rule of Civil Procedure 26(a)(1), but request that the deadline for serving initial disclosures be extended up to and through December 15, 2006.

2. The first sentence of Paragraph 8 of the Joint Report is replaced with the following:

    The parties anticipate that fact discovery will last six months, and expert discovery an additional two months.

3. Paragraph 9 of the Joint Report is replaced with the following:

    Both parties anticipate that they may call expert witnesses. The parties agree that expert witness reports should be due 120 days after the commencement of discovery, and opposing reports due 180 days after the commencement of discovery.

- 2 -

Respectfully submitted,

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>/s/ Nicholas A. Oldham<br>JOSEPH LOBUE (D.C. Bar. # 293514)<br>Assistant Branch Director<br>SARA CLASH-DREXLER (Pa. Bar #. 86517)<br>NICHOLAS A. OLDHAM (D.C. Bar # 484113)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division,  Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:     (202) 514-3367<br>Facsimile:       (202) 616-8202<br>E-mail:           nicholas.oldham@usdoj.gov<br><br>*Attorneys for Defendant* | /s/ Charles W. Day, Jr.<br>JOSEPH D. GEBHARDT<br>D.C. Bar. # 113894<br>CHARLES W. DAY, JR.<br>D.C. Bar. # 459820<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, D.C.  20036-4716<br>(202) 496-0400<br><br>*Attorneys for Plaintiff* |

Dated:  November 21, 2006