## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |

### **[DEFENDANT'S PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Joint Report Pursuant to Local Rule 16.3 and Amendments to Joint Report Pursuant to Local Rule 16.3, it is hereby this __ day of November, 2006, **ORDERED** that:

1. The deadline for seeking leave to join parties or amend the pleadings shall be within 60 days after entry of this Order.

2. The parties shall serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before Friday, December 15, 2006.

3. Fact discovery shall be completed within 180 days after entry of this Order. Each party is limited to 10 depositions per party, 25 interrogatories per party, 25 requests for production of documents, and 25 requests for admission.

4. Expert reports shall be due within 120 days after entry of this Order, and opposing reports due within 180 days after entry of this Order. Expert discovery shall be completed within 60 days after the close of fact discovery.

- 2 -

5. Dispositive motions, if any, shall be filed within 60 days after the close of all discovery, with any oppositions due within 60 days after filing of such dispositive motions and replies due within 30 days after oppositions.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE