UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUADALUPE R. GONZALEZ**<br>1819 Ben Hogan Drive<br>El Paso, TX 79935,<br><br>           **Plaintiff,**<br><br>           v.<br><br>**ALBERTO GONZALES**<br>Attorney General<br>U.S. Department of Justice<br>Room 5111, Main Justice Building<br>10th and Constitution Ave., N.W.<br>Washington, DC  20530<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Electronic Filing<br>) Civil Action No. 05-1934 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please withdraw the appearance of Charlotte A. Abel, Assistant U.S. Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

         /s/
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530
(202) 307-2332