UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUADALUPE R. GONZALEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1934 (EGS) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, Sara Clash-Drexler, hereby withdraws her appearance as one of the counsel for defendant in the above-captioned case.

Dated: January 22, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
Acting United States Attorney

/s/ Sara Clash-Drexler
JOSEPH LOBUE  (D.C. Bar No. 293594)
Assistant Branch Director
SARA CLASH-DREXLER (Pa. Bar No. 86517)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
P.O. Box 883 Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 514-3367
Facsimile: (202) 616-8202
E-mail:    nicholas.oldham@usdoj.gov

*Attorneys for Defendant*