UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS/AK) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION**
**TO EXTEND EXPERT DISCLOSURE DEADLINE**

Plaintiff Guadalupe Gonzalez, by and through undersigned counsel, hereby moves, with Defendant's consent, to extend the deadlines for Rule 26 disclosure of expert reports by 30 days and in support of her Motion states as follows:

1. Pursuant to the Scheduling Order in this case, proponent's expert disclosures are currently due on April 2, 2007 and opponent's expert disclosures are currently due on June 1, 2007. Plaintiff is proposing to extend the disclosure dates to May 2, 2007 and July 2, 2007 respectively. No previous extensions have been requested, and the proposed extension will not affect any other dates on the schedule.

2. Plaintiff's expert economist, Joseph L. Tryon, Ph.D. is currently in the process of changing his residence.

Unexpectedly, Dr. Tryon recently suffered a severe injury to his knee requiring a surgical operation.  In light of Dr. Tryon's injury and move, Plaintiff is requesting additional time for Dr. Tryon to prepare his report.

3.   In addition, since their meeting with Magistrate Judge Alan Kay on January 24, 2007, the parties have been cooperatively engaged in ongoing settlement discussions along the lines proposed by Magistrate Judge Kay, discussions which have required some research by Ms. Gonzalez and some internal deliberation on the part of the Department of Justice in light of the relatively high level of the position, Immigration Judge, for which Ms. Gonzalez was not selected.

4.   At the suggestion of the Department of Justice, the parties have attempted not to increase the costs of litigation and ultimately of settlement while it appears that progress is being made toward settlement.  Plaintiff expects to hear back from the Department of Justice in the near future whether there is likely to be common ground for settlement.

5.   Undersigned counsel Charles W. Day, Jr. has consulted with counsel for Defendant, Nicholas Oldham, and the Defendant consents to the relief requested in this Motion.

For all of these reasons, Plaintiff's Consent Motion should

be granted, and the dates for expert disclosures set for May 2, 2007 and July 2, 2007.  A proposed Order is attached.

                                        Respectfully submitted,

                                              /s/
                                      JOSEPH D. GEBHARDT
                                          (DC Bar No. 113894)
                                      CHARLES W. DAY, JR.
                                          (DC Bar No. 459820)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

March 26, 2007                        Attorneys for Plaintiff