**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUADALUPE R. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1934 (EGS/AK) |
| ) | |
| ALBERTO GONZALES ) | |
| Attorney General ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend Expert Disclosure Deadline, and the full record, it is hereby this \_\_\_\_ day of March, 2007, **ORDERED:**

1. That Plaintiff's Consent Motion is GRANTED; and

2. Expert reports for proponents shall be served on or before May 2, 2007; and

3. Expert reports for opponents shall be served on or before July 2, 2007.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE