UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) <br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>Defendant. ) | Civil Action No. 05-1934 (EGS) |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties, through undersigned counsel, respectfully request that the Court extend the close of discovery from July 31, 2007 until December 14, 2007, and extend the date for Defendant's Rule 26 expert disclosures from July 2, 2007 until July 23, 2007. As good cause for this Motion, the parties state as follows:

1. Pursuant to the Scheduling Order entered on November 28, 2006, *see* dkt. no. 21, as amended by the Minute Order entered on March 27, 2007, the Defendant's Rule 26 expert disclosures are due on July 2, 2007, and discovery is scheduled to close on July 31, 2007.

2. Since January 2007, the parties have been engaged in settlement discussions, including participating in mediation sessions with Magistrate Judge Kay on January 24, 2007 and May 9, 2007. *See* Jan. 26, 2007 & May 14, 2007 Minute Entries.

3. In light of the extent of discovery required for this case, and the fact that the parties have attempted not to increase the costs of litigation while they are involved in settlement

discussions, the parties believe that they will need an additional four and a half months for discovery. Specifically, the parties respectfully request that the Court extend the close of discovery from July 31, 2007 until December 14, 2007. No previous extensions to the close of discovery have been requested; the proposed extension would affect the date for the status conference currently scheduled for August 8, 2007. *See* Scheduling Order, ¶ 5 (dkt no. 21).

4. The Defendant's expert is in the process of temporarily relocating to another city, and will need additional time to evaluate this case and prepare his response to Plaintiff's expert report. The Defendant, with the Plaintiff's consent, therefore respectfully requests that the date for Defendant's Rule 26 expert disclosures be extended from July 2, 2007 until July 23, 2007. The Plaintiff previously moved for an extension of the expert disclosure dates with the Defendant's consent, *see* dkt. no. 24, which was granted by Minute Order entered on March 27, 2007; the proposed extension would not affect any other dates on the schedule.

5. Undersigned counsel have consulted pursuant to Local Rule 7(m), and the parties consent to the relief requested in this Motion.

For the foregoing reasons, the parties respectfully request that the Court grant this Motion, extending the close of discovery from July 31, 2007 until December 14, 2007 and the date for Defendant's Rule 26 expert disclosures from July 2, 2007 until July 23, 2007.

Respectfully submitted,

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>/s/ Nicholas A. Oldham<br>JOSEPH W. LOBUE (D.C. Bar. # 293514)<br>Assistant Branch Director<br>NICHOLAS A. OLDHAM (D.C. Bar # 484113)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:   (202) 514-3367<br>Facsimile:    (202) 616-8470<br>E-mail:         nicholas.oldham@usdoj.gov<br><br>*Attorneys for Defendant* | /s/ Charles W. Day, Jr.<br>JOSEPH D. GEBHARDT<br>D.C. Bar. # 113894<br>CHARLES W. DAY, JR.<br>D.C. Bar. # 459820<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, D.C.  20036-4716<br>(202) 496-0400<br><br>*Attorneys for Plaintiff* |

Dated:  June 26, 2007