# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES <br> Attorney General <br> U.S. Department of Justice, <br><br> Defendant. | Civil Action No. 05-1934 (EGS) |

## [PROPOSED] ORDER

HAVING CONSIDERED the Parties' Joint Motion for Extension of Time to Complete Discovery, it is hereby this ____ day of June 2007, **ORDERED** that:

1. The Defendant shall serve its Rule 26 expert disclosures on or before Monday, July 23, 2007.

2. Fact and expert discovery shall be completed on or before Friday, December 14, 2007.

                                                                    _____
                                                                    EMMET G. SULLIVAN
                                                                    UNITED STATES DISTRICT JUDGE