UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ )<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1934 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
SERVE DEFENDANT'S RULE 26 EXPERT DISCLOSURES**

    The Defendant, through undersigned counsel, respectfully requests that the Court extend the date for Defendant's Rule 26 expert disclosures from July 23, 2007 until August 22, 2007. As good cause for this Motion, the Defendant states as follows:

    1.    Pursuant to the Scheduling Order entered on November 28, 2006, *see* dkt. no. 21, as amended by the Minute Orders entered on March 27, 2007 and June 26, 2007, the Defendant's Rule 26 expert disclosures are due on July 23, 2007.

    2.    Since January 2007, the parties have been actively engaged in settlement discussions, including participating in mediation sessions with Magistrate Judge Kay on January 24, 2007 and May 9, 2007. *See* Jan. 26, 2007 & May 14, 2007 Minute Entries. The parties have made substantial progress toward reaching an agreement, and anticipate that settlement negotiations will be concluded within the next thirty days.

- 2 -

3.   In order not to increase the costs of litigation making final settlement more difficult, and because Defendant's expert needs additional time to prepare his response to Plaintiff's expert report, the Defendant, with the Plaintiff's consent, respectfully requests that the date for Defendant's Rule 26 expert disclosures be extended from July 23, 2007 until August 22, 2007.  The Plaintiff previously moved for an extension of the expert disclosure dates with the Defendant's consent, *see* dkt. no. 24, which was granted by Minute Order entered on March 27, 2007, and Defendant previously moved for an extension of its expert disclosure date with Plaintiff's consent, *see* dkt. no. 25, which was granted by Minute Order entered on June 26, 2007.  The proposed extension would not affect any other dates on the schedule.

4.   Undersigned counsel has consulted with Plaintiff's counsel pursuant to Local Rule 7(m), and Plaintiff's counsel consents to the relief requested in this Motion.

For the foregoing reasons, the Defendant respectfully requests that the Court grant this Motion, extending the date for Defendant's Rule 26 expert disclosures from July 23, 2007 until August 22, 2007.

Dated:  July 19, 2007                              Respectfully submitted,

                                                   PETER D. KEISLER
                                                   Assistant Attorney General

                                                   JEFFREY A. TAYLOR
                                                   United States Attorney

                                                    /s/ Nicholas A. Oldham
                                                   JOSEPH W. LOBUE (D.C. Bar. No. 293514)
                                                   Assistant Branch Director)
                                                   NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue, N.W.
                                                   P.O. Box 883 Ben Franklin Station
                                                   Washington, D.C. 20044

- 3 -

        Telephone:   (202) 514-3367
        Facsimile:   (202) 616-8470
        E-mail:      nicholas.oldham@usdoj.gov

*Attorneys for Defendant*