## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1934 (EGS) |

## **[PROPOSED] ORDER**

HAVING CONSIDERED the Consent Motion for Extension of Time to Serve Defendant's Rule 26 Expert Disclosures, it is hereby this ____ day of July 2007, **ORDERED** that the Defendant shall serve its Rule 26 expert disclosures on or before Wednesday, August 22, 2007.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE