UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GUADALUPE R. GONZALEZ )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)   Civil Action No. 05-1934 (EGS)<br>ALBERTO GONZALES )<br>Attorney General )<br>U.S. Department of Justice, )<br>)<br>Defendant. )<br>_____) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and an agreement reached by the parties, the parties, by undersigned counsel, stipulate to dismiss this action with prejudice.

_[signature]_                                               Dated: Sept. 27, 2007
JOSEPH D. GEBHARDT
D.C. Bar. # 113894
CHARLES W. DAY, JR.
D.C. Bar. # 459820
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716
(202) 496-0400

*Attorneys for Plaintiff*

/s/ _____          Dated: 10/18/07
JOSEPH W. LOBUE (D.C. Bar. # 293514)
Assistant Branch Director
NICHOLAS A. OLDHAM (D.C. Bar # 484113)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 514-3367
Facsimile:    (202) 616-8470
E-mail:       nicholas.oldham@usdoj.gov

*Attorneys for Defendant*